UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRYANT KEITH DEVINE,

    Plaintiff,

v.

DANIEL J. THOMPSON, BECKY NORDIN,
DIANNA CUSICK, CURT SCHMIDT,
ANGELA CHRISTENSEN, TEJA CRANE,
LAURA FEDOCK, LYNN COFFEY,
JANIS HOLLENBECK, MARY THUROW,
JASON DORSETT, MICHAEL DOTSON,
PHIL GATTO, LOIS BOLLMAN, PHILLIP DAVIS,
LINDA PETER, KATHLEEN D. SHEEHY, and
SCOTT GOINGS,

    Defendants.

Civil No. 06-3463 JNE/SRN

**ORDER**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 25, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

1

2

DATED: September 12, 2006, 2006.

                                                s/ Joan N. Ericksen
                                                Judge Joan N. Ericksen
                                                United States District Court Judge